UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| SODEXO AMERICA, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. _____ |
| v. | ) | |
| | ) | |
| TAMPA LIFE PLAN VILLAGE, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

## COMPLAINT

COMES NOW the Plaintiff, SODEXO AMERICA, LLC (hereinafter "Sodexo), by and through its undersigned attorneys, and hereby brings this action against Defendant TAMPA LIFE PLAN VILLAGE, INC. (hereinafter "Tampa Life") for breach of contract between them and asserts for its Complaint as follows:

### Nature of the Action

1.     This case arises out of Tampa Life's clear breach of its contractual obligation to pay Sodexo hundreds of thousands of dollars it owes for the management and operation of food services at Tampa Life's facility.  There is no dispute that Tampa Life owes Sodexo the outstanding amounts due under the parties' management agreement.  Tampa Life's failure to pay is a clear breach.

2.     The management agreement entered into by Sodexo and Tampa Life controlled the provision and operation of dining services, including resident meal

service, dining room service, catering and special functions, and employee meals, for Tampa Life residents, employees, visitors and guests.

3.      In this breach of contract action, Sodexo seeks to recover in excess of $661,725.51, which Tampa Life owes for dining services provided by Sodexo from in or about January 2022 through January 31, 2023, interest incurred on unpaid amounts not paid when due, and reimbursement of opening expenses and equipment purchased by Sodexo for dining services at Tampa Life's facility pursuant to the management agreement.

## Parties

4.      Plaintiff Sodexo America, LLC, is a limited liability company wholly owned by Sodexo Management, Inc., a New York corporation with a principal place of business in Gaithersburg, Maryland.

5.      Defendant Tampa Life Plan Village, Inc. is a Florida corporation with a principal place of business in Tampa, Florida.

## Jurisdiction and Venue

6.      This Court has jurisdiction over all causes of action asserted in this Complaint under 28 U.S.C. § 1332 because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

7.      Venue is proper in this Court because a substantial part of the actions, failures, events and/or omissions giving rise to the claims occurred in this judicial District.

**Facts**

8.      On or about August 17, 2020, Sodexo and Tampa Life entered a management agreement (as amended, the "Management Agreement") for Sodexo to manage and operate dining services at Tampa Life's facility at 12401 N 22nd Street in Tampa, Florida.  Under the Management Agreement, Sodexo provided Dining Services, as that term is defined in the Management Agreement, including resident meal service, dining room service, catering and special functions, and employee meals; expended tens of thousands of dollars in Opening Expenses, as defined in the Management Agreement; and purchased tens of thousands of dollars in equipment for the Dining Services.

9.      The term of the Management Agreement was five (5) years commencing on September 1, 2020 and continuing through August 31, 2025.

10.     Sodexo performed under the Management Agreement.

11.     By letter, dated October 27, 2023 [sic], Tampa Life early terminated the Management Agreement without cause effective January 31, 2023.  Pursuant to Article 3.4 of the Management Agreement, commencing with the date notice of

termination was issued by Tampa Life and continuing through Sodexo's final day of operations, all outstanding amounts became immediately due and payable.

12.     Sodexo's last day of services under the Management Agreement was January 31, 2023.

13.     Pursuant to Article 4.4 of Exhibit B to the Management Agreement, Tampa Life was required to pay Sodexo's invoices, which were submitted to Tampa Life at the end of each calendar month, within fifteen (15) days after the date of the invoice.

14.     Sodexo invoiced Tampa Life on a monthly basis for Dining Services.

15.     Commencing in or about January 2022, Tampa Life failed to pay in full Sodexo's monthly invoices due and owing for Dining Services.

16.     As of on or about June 2, 2023, the outstanding amounts due and owing Sodexo for Dining Services provided by Sodexo for the period from January 2022 through January 2023 was approximately $487,439.95.

17.     Pursuant to Article 4.4 of Exhibit B to the Management Agreement, Tampa Life was required to pay interest on any unpaid amount not paid when due at the rate of one and one-half percent (1.5%) per month.

18.     Commencing in or about January 2022, Tampa Life incurred monthly interest charges on unpaid amounts not paid when due, for which it was invoiced.

As of on or about June 2, 2023, the amount of interest incurred on unpaid amounts not paid when due totaled approximately $174,285.56.

19.     In accordance with the Management Agreement, Sodexo incurred tens of thousands of dollars in Opening Expenses.  Pursuant to Article 4.1 of Exhibit B to the Management Agreement, upon early termination Tampa Life was required to reimburse Sodexo for its Opening Expenses.

20.     In January 2023, Sodexo invoiced Tampa Life for its Opening Expenses in the amount of approximately $45,521.00, but Tampa Life failed to reimburse Sodexo for the Opening Expenses.

21.     Pursuant to Articles 4.9 and 4.10 of Exhibit B to the Management Agreement, upon early termination of the Management Agreement, Tampa Life was required to reimburse Sodexo the full purchase amount of equipment specified in Exhibit B-1 to the Management Agreement within five (5) days of Sodexo's receipt of Tampa Life's notice of termination.

22.     In accordance with Articles 4.9 and 4.10, Sodexo purchased equipment specified in Exhibit B-1 to the Management Agreement in the amount of approximately $70,034.83.  In January 2023, Sodexo invoiced Tampa Life for the purchase price of the equipment ($70,034.83), but Tampa Life failed to reimburse Sodexo for the purchase of the equipment.

23.     In accordance with Article 6.21 of the Management Agreement, Sodexo reached out to Tampa Life by email on February 16 and March 21, 2023 requesting payment of the amounts due and owing and offering to meet and confer to resolve the matter, but did not receive payment nor did Tampa Life arrange to meet and confer.  By letter, dated May 8, 2023, Sodexo notified Tampa Life that it was in breach of the Management Agreement and that Sodexo had submitted the matter to its executive management.  The letter requested that Tampa Life submit the matter to its executive management and notified Tampa Life that absent payment to Sodexo of the outstanding amounts or other resolution by June 15, 2023, Sodexo would file suit asserting claims against Tampa Life for all amounts owed.  Tampa Life did not pay any of the amounts due and owing nor otherwise resolve this matter.

24.     In attempting to collect payment and enforce the terms of the Management Agreement, Sodexo incurred and will continue to incur considerable attorneys' fees, court costs, and related expenses.

25.     Pursuant to Article 6.14 of the Management Agreement, Sodexo, either as the initiating party in this action against Tampa Life for failing to make payment when due or as the prevailing party, is entitled to recover reasonable attorneys' fees, collection service expenses, court costs and related expenses.

26.     All conditions precedent to the filing of this action have occurred or been performed.

## COUNT I
## (<u>Breach of Contract</u>)

27.     Sodexo adopts and incorporates Paragraphs 1 through 26 above as if fully set forth herein.

28.     The Management Agreement between Sodexo and Tampa Life constituted a valid, written, express contract.

29.     Sodexo performed under the Management Agreement.

30.     The Management Agreement obligated Tampa Life (a) to pay invoices for Dining Services provided; (b) to pay invoices within 15 days of the date of the invoices, (c) to reimburse Sodexo for Opening Expenses upon termination of the Management Agreement prior to August 31, 2025; (d) to reimburse Sodexo for equipment purchased for Dining Services specified in Exhibit B-1 to the Management Agreement, and (e) to pay interest at the monthly rate of 1.5% percent on amounts not paid when due.

31.     Tampa Life breached the Management Agreement by failing to pay invoices for Dining Services provided, to pay the invoices within 15 days of the date of the invoices, to reimburse Sodexo for Opening Expenses upon early termination of the Management Agreement, to reimburse Sodexo for equipment specified in Exhibit B-1 upon early termination of the Management Agreement, and to pay interest on amounts not paid when due.

32.     As a direct and proximate result of Tampa Life's breach of the Management Agreement, Sodexo has incurred monetary damages exceeding $661,725.51, which such damages will continue to accrue during the pendency of this action, in an exact amount to be proved at trial.

## COUNT II
## (Fees, Costs, and Expenses)

33.     Sodexo adopts and incorporates Paragraphs 1 through 32 above as if set forth fully herein.

34.     In attempting to enforce the terms of the Management Agreement, Sodexo has incurred—and will continue to incur during the pendency of this action—attorneys' fees, court costs, and other litigation expenses.

35.     Pursuant to Section 6.14 of the Management Agreement, Sodexo is entitled to recover its attorneys' fees, collection service expenses, court costs and related expenses incurred in collecting amounts due under, and enforcing the terms of, the Management Agreement.

WHEREFORE, Plaintiff Sodexo America, LLC prays:

(a)     that the Court exercise jurisdiction over this action;

(b)     that the Court award Sodexo compensatory damages in an amount to be proved at trial, plus pre-judgment and post-judgment interest thereon;

(c)     that the Court award Sodexo its reasonable attorneys' fees and costs incurred in preparing, filing, and prosecuting this action; and

(d)     that the Court award Sodexo such further relief as the Court

deems just and proper.

Dated: August 16th, 2023

Respectfully submitted,

By: *James F. Moseley Jr.*
James F. Moseley, Jr.
Florida Bar No.: 0699926
MOSELEY PRICHARD PARRISH
KNIGHT & JONES
501 West Bay Street
Jacksonville, FL 32202
Tel: (904) 356-1306, ext. 3312
Fax: (904) 354-0194
jmoseleyjr@mppkj.com

Of Counsel:
Michael K. Ross
Alison Van Horn
AEGIS LAW GROUP LLP
801 Pennsylvania Ave, NW, Suite
740
Washington, DC 20004
Tel: (202) 737-3500
Fax: (202) 735-5070
mross@aegislawgroup.com
avanhorn@aegislawgroup.com

*Attorneys for Plaintiff Sodexo America,
LLC*